STATE v. FERGUSON

No. 616P97

Case below: 128 N.C.App. 188

Petition by Attorney General for writ of supersedeas and temporary stay denied 31 December 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 31 December 1997.

STATE v. FLOWERS

No. 553A94

Case below: 347 N.C. 405

Motion by defendant (Flowers) to withdraw order of remand allowed 7 January 1998.

STATE v. FOX

No. 521P97

Case below: 127 N.C.App. 562

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Motion by Attorney General to dismiss appeal allowed 5 February 1998.

STATE v. GREENE

No. 456A87-4

Case below: Caldwell County Superior Court
                    328 N.C. 771
                    324 N.C. 1

Motion by Attorney General to dismiss record on appeal allowed 5 February 1998.

STATE v. HARDRICK

No. 607P97

Case below: 127 N.C.App. 755

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Motion by Attorney General to dismiss appeal allowed 5 February 1998.